AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

GREGORY T. ROBERSON,  )
      Plaintiff,  )
           )
v.  )
           )
           )   **JUDGMENT IN A CIVIL CASE**
MICHAEL J. ASTRUE,  )   **CASE NO. 4:12-CV-55-D**
*Commissioner of Social Security*,  )
      Defendant.  )

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court DENIES Plaintiff's Motion for Judgment on the Pleadings [D.E. 23] and GRANTS the Defendant's Motion for Judgment on the Pleadings [D.E. 26]. Defendant's final decision is AFFIRMED, and the action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 14, 2013,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF electronic notification)
Marc D. Epstein (via CM/ECF electronic notification)

<table>
<tr><td>January 14, 2013<br>Date</td><td>JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk</td></tr>
</table>

Raleigh, North Carolina